```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 04 B 22106
   EDGAR CHAVERS JR
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-0280
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/09/04 and confirmed on 11/24/04.

   2.  The case was dismissed after confirmation, 10/19/2007.

   3.  The Debtor paid a total of $  34095.78 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 19000.00 | 2835.29 | 19000.00 |
| DEER MEADOW | SECURED | 3224.40 | .00 | 3224.40 |
| SCHNEIDER INVESTMENTS | NOTICE ONLY | NOT FILED | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 4529.50 | .00 | 4529.50 |
| INTERNAL REVENUE SERVICE | UNSECURED | 21291.24 | .00 | .00 |
| AT&T PHONE | UNSECURED | NOT FILED | .00 | .00 |
| CFC FINANCIAL | UNSECURED | 923.40 | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | 530.00 | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 430.19 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 866.27 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 250.00 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 544.57 | .00 | .00 |
| PROGRESSIVE MANAGMENT SY | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 762.29 | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 3744.62 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1079.14 | .00 | 400.34 |
| BOUDREAU & ASSOC | UNSECURED | 2343.69 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1244.39 | .00 | 461.64 |
| ILLINOIS DEPT REVENUE | UNSECURED | 3651.66 | .00 | .00 |

```
      Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY   UNSECURED       OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  26753.90     2323.53    35337.93          .00    64415.36
PRINCIPAL PAID      26753.90      861.98        .00           .00    27615.88
INTEREST PAID        2835.29         .00        .00           .00     2835.29
TOTAL PAID          29589.19      861.98        .00           .00    30451.17
```

The Debtor's attorney, GLENDA J GRAY                    , was allowed $   2400.00
and was paid $    200.00   direct and $   2200.00   through the plan.

The Trustee received $   1444.61 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/09/08                   /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 22106 EDGAR CHAVERS JR